IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIC OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 4:19-CR-150 |
| | ) | |
| OLEG NIKITIN | ) | |
|     Defendant | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

Application for Leave of Absence has been requested by Harry D. Dixon, Jr. for Friday, July $10^{st}$ 2020 through Monday, July 20th 2020 in the above captioned case. The above and foregoing request for Leave of Absence is **GRANTED.** Mr. Dixon is provided Leave of Court from Friday, July 10th 2020 through Monday, July 20th 2020. However, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

So ORDERED this 11th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA